NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD WOODEN,        )
                                  )
          Appellant,       )
                                  )
v.                          )    Case No. 2D17-3846
                                  )
STATE OF FLORIDA,    )
                                  )
          Appellee.        )
_____ )

Opinion filed March 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Edward Wooden, pro se.

PER CURIAM.

          Affirmed.

NORTHCUTT, MORRIS, and BLACK, JJ., Concur.